IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FIDELITY EXPLORATION AND PRODUCTION COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> SALLY JEWELL, in her Official Capacity as Secretary of the Interior of the United States of America, JAMIE CONNELL, in her Official Capacity as Montana/Dakota State Director, Bureau of Land Management, UNTIED STATES DEPARTMENT OF THE INTERIOR, BUREUA OF LAND MANAGEMENT, <br><br> Defendants. | CV 16-167-BLG-SPW-TJC <br><br> **ORDER GRANTING PLAINTIFF'S THIRD UNOPPOSED MOTION TO EXTEND DEADLINES** |

Plaintiff has filed a third unopposed motion to extend the deadlines under the Scheduling Order. (Doc. 23.) Plaintiff requests additional time to allow the Bureau of Land Management to complete processing Plaintiff's FOIA requests.

Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. Accordingly, the Scheduling Order is amended as follows:

1. Motions to Supplement and/or Complete the Administrative Record: **January 11, 2018**

2. Motions to Amend Pleadings: **Within 20 days after the deadline in paragraph (1), or within 20 days of the Administrative Record being deemed complete following a motion raised pursuant to paragraph (1).**

3. Plaintiff's Motion for Summary Judgement: **March 13, 2018**

4. Defendants' Opposition and Cross-Motion for Summary Judgment: **60 days after filing of Plaintiff's Opening Brief**

5. Plaintiff's Opposition and Reply Brief: **30 days following filing of Defendants' Opposition and Cross-Motion for Summary Judgment**

6. Defendants' Reply Brief: **30 days following Plaintiff's Opposition Brief**

IT IS ORDERED.

DATED this 3rd day of October, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge