JEFFREY H. WOOD, Acting Assistant Attorney General
JOSEPH H. KIM, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0207

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| FIDELITY EXPLORATION & PRODUCTION CO., | No.  1:16-cv-00167-SPW-TJC |
| Plaintiff, | Judge Susan P. Watters |
| v. | Magistrate Timothy J. Cavan |
| RYAN ZINKE[1], in his official capacity as Secretary of the Interior of the United States of America; JON K. RABY, in his official capacity as Montana/Dakotas State Director, Bureau of Land Management; UNITED STATES DEPARTMENT OF THE INTERIOR, an agency of the United States Government; and BUREAU OF LAND MANAGEMENT, an agency of the United States Government, | **DEFENDANTS' RESPONSE TO PLAINTIFF' ADDITIONAL FACTS** |
| Defendants. | |

---

[1]     Ryan Zinke now serves as Secretary of the Interior, and is automatically substituted pursuant to Fed. R. Civ. P. 25(d).

**Verbatim Response to Plaintiff's Additional Facts:**

44.    Over twenty BLM Officials and experts were involved in the approval of the PODs and the corresponding environmental studies, including, but not limited to the following:

| Employee: | Position: |
| --- | --- |
| David McIlnay | Field Manager |
| David Jaynes | Assistant Field Manager |
| Dale Tribby | Supervisory Natural Resource Specialist |
| Randy Nordsven | Mineral Resources Specialist |
| Jim Albano | Mineral Resources Specialist |
| Jackie Anderson | Land Law Examiner |
| Andy Bobst | Hydrologist |
| David Breisch | Mineral Resource Specialist |
| Susan Caplan | Physical Scientist |
| Scott Haight | Geologist |
| Ed Hughes | Economics |
| Bernice Knopp | Land Law Examiner |
| Chuck Laasko | Petroleum Engineer |
| Krista Madsen | Staff Assistant |
| Doug Melton | Archeologist |

| | |
|---|---|
| Robert Mitchell | Soil Scientist |
| Robert McVey | Petroleum Engineer |
| Larry Rau | Wildlife Biologist |
| Joan Trent | Sociologist |
| Pam Wall | Realty Specialist |
| Brenda Witkowski | Natural Resource Specialist |
| Dan Benoit | Geologist |
| Dawn Doran | Rangeland Mineral Specialist |
| Mary Bloom | Environmental Coordinator |

(R. at DOI-001394, 1946, 1947, 1987, 2019).

*Undisputed as to the individuals, although Defendants note that these individual's official titles may differ somewhat from those listed herein.*

DATED:  July 13, 2018.

JEFFREY H. WOOD
Acting Assistant Attorney General

 /s/ Joseph H. Kim                              
JOSEPH H. KIM
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section

ATTORNEYS FOR FEDERAL
DEFENDANTS

3

Of Counsel:

Robert C. Eaton
Senior Attorney
Office of the Regional Solicitor
Rocky Mountain Region
U.S. Department of the Interior
Lakewood, Colorado