UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FIDELITY EXPORATION & PRODUCTION COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BERNHARDT, Acting Secretary of the Interior, JON K. RABY, in his official capacity as acting Montana/Dakotas State Director, Bureau of Land Management; UNITED STATES DEPARTMENT OF THE INTERIOR, an agency of the United States Government; and BUREAU OF LAND MANAGEMENT, an agency of the United States Government,<br><br>Defendants. | Case No. CV-16-167-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

**JUDGMENT IN FAVOR OF THE DEFENDANT'S AGAINST PLAINTIFF**

Order filed on 3/13/2019 Fidelity's Motion for Partial Summary Judgment is DENIED and Defendants' Cross-Motion for Summary Judgment is GRANTED in its entirety.

Dated this 13th Day of March, 2019.

TYLER P. GILMAN, CLERK
By: /s/ A.Carrillo
Deputy Clerk